RICHARD J. THOMAS *
JERRY M. BRYAN
ANNA M. CIAMBOTTI
J. MICHAEL THOMPSON
JOSEPH N. SPANO

* ALSO ADMITTED IN PENNSYLVANIA

PENNSYLVANIA TELEPHONE: (412) 553-7474

# HENDERSON, COVINGTON, MESSENGER, NEWMAN & THOMAS CO., L.P.A.
## A LEGAL PROFESSIONAL CORPORATION
6 FEDERAL PLAZA CENTRAL, SUITE 1300
YOUNGSTOWN, OHIO 44503
TELEPHONE: (330) 744-1148
TELEFAX: (330) 744-3807

ANDREW M. HENDERSON  (1904-1950)
C.A. COVINGTON, JR.  (1917-1999)

PARALEGALS
DIANE M. CIAMBOTTI
MISTY INHOUSE

OF COUNSEL
JAMES L. MESSENGER
DAVID K. HOLMQUIST

June 26, 2025

Hon. Joseph A. Marutollo
United States Magistrate Judge
**By Electronic Filing**

RE:     ***ATC Healthcare Services, LLC v. Vibra Healthcare, LLC et al.***
         **United States District Court for the Eastern District of New York**
         **Case No. 1:25-CV-02641-LDH-JAM**

Your Honor:

Plaintiff ATC Healthcare Services, LLC submits this letter in relation to the Court's order of May 12, 2025. The order, at ECF No. [4], sets an initial status conference for July 8, 2025, and requires the filing of a discovery plan by July 1, 2025.

Undersigned counsel has been in contact with in-house counsel for the Defendants, who are not licensed in New York or admitted in this district. To avoid any issues implicating the unauthorized practice of law, the parties have agreed that undersigned counsel will file this letter on behalf of Plaintiff. It was submitted to Defendants' counsel for review and approval before filing.

Undersigned counsel has also provided Defendants' counsel with the supporting invoices which form the substantive basis of this case. They are in the process of confirming the invoices, and at this time, they know of no issues with the amount owed or the services provided. However, Defendants have a Master Staffing Purchase Agreement with a third party and were being invoiced for the services performed by Plaintiff. They need to confirm that any funds paid to Plaintiff will be subtracted from any amount outstanding to the third party. Defendants intend to propose that the parties enter into a settlement agreement with an agreed upon payment plan, and thus the parties may be able to resolve this matter amicably, without this litigation proceeding further.

The parties respect the Court's need to schedule cases promptly and to maintain control of its docket. At the same time, principles of judicial economy would be served if the parties are able to reach an early resolution of the case without further expenditure of judicial resources. A brief continuance of the initial status conference would enable the parties to explore that possibility.

Therefore, with the prior consultation and approval of counsel for Defendants, Plaintiff respectfully requests that the Court continue the initial status conference and the deadline

associated with it. Plaintiff requests that this continuance be for a period of not less than thirty (30) days, to give the parties this chance to explore early resolution of the case.

Pursuant to Chambers Rule IV, the original date of the conference and reasons for continuance are as set forth above; no previous requests for a continuance have been made; Defendants' counsel has approved this request; and no other dates have been scheduled which would be impacted by this request.

Thank you for your consideration.

Very truly yours,

HENDERSON, COVINGTON, MESSENGER, NEWMAN & THOMAS CO., L.P.A.

J. Michael Thompson

cc:     Douglas C. Yohe, Esq.