RICHARD J. THOMAS *
JERRY M. BRYAN
ANNA M. CIAMBOTTI
J. MICHAEL THOMPSON
JOSEPH N. SPANO

* ALSO ADMITTED IN PENNSYLVANIA

PENNSYLVANIA TELEPHONE: (412) 553-7474

**HENDERSON, COVINGTON, MESSENGER,
NEWMAN & THOMAS CO., L.P.A.**
A LEGAL PROFESSIONAL CORPORATION
6 FEDERAL PLAZA CENTRAL, SUITE 1300
YOUNGSTOWN, OHIO 44503
TELEPHONE: (330) 744-1148
TELEFAX: (330) 744-3807

ANDREW M. HENDERSON (1904-1950)
C.A. COVINGTON, JR. (1917-1999)

PARALEGALS
DIANE M. CIAMBOTTI
MISTY INHOUSE

OF COUNSEL
JAMES L. MESSENGER
DAVID K. HOLMQUIST

July 11, 2025

Hon. Joseph A. Marutollo
United States Magistrate Judge
**By Electronic Filing**

RE: *ATC Healthcare Services, LLC v. Vibra Healthcare, LLC et al.*
United States District Court for the Eastern District of New York
Case No. 1:25-CV-02641-LDH-JAM

**Joint Status Report of the Parties**

Your Honor:

Plaintiff ATC Healthcare Services, LLC submits this letter in relation to the Court's order of June 26, 2025, adjourning the initial conference *sine die*, and requiring the parties to submit a joint status report by July 15, 2025. As with the prior letter motion, ECF No. [16], the undersigned has submitted this letter to in-house counsel for Defendants for review and approval before filing. Undersigned counsel is submitting it alone as a professional courtesy to counsel, to avoid any issue of the unauthorized practice of law.

The parties thank the Court for adjourning the initial conference and providing this opportunity to explore early resolution of the case. The parties used this time efficiently, and are pleased to report that they have reached a settlement, subject to the drafting and execution of definitive settlement documents.

The parties respectfully request that the Court continue the adjournment of the initial conference. Counsel are working together cordially, and there is every reason to believe that the parties will be able to formalize this settlement as efficiently as they reached it.

To the extent that Chambers Rule IV may be applicable to this request, the parties' prior observations remain accurate. Thank you for your consideration.

Very truly yours,

HENDERSON, COVINGTON, MESSENGER,
NEWMAN & THOMAS CO., L.P.A.

J. Michael Thompson